# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

ABDULADIF ABUBAKAR DINI,      )
                                        )

       Petitioner,                  )
                                        )

v.                                            )     Case No.: 4:16-cv-02072-MHH-SGC
                                        )

LORETTA E. LYNCH, et al.,       )
                                        )

       Respondents.              )

## MEMORANDUM OPINION

On December 27, 2016, petitioner Abduladif Abubakar Dini filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2441 pending removal to Somalia. (Doc. 1). On May 26, 2017, the respondents filed a motion to dismiss Mr. Dini's petition as moot. (Doc. 9). In the motion, the respondents state that Mr. Dini was removed from the United States on May 11, 2017. (*Id.* at 1; *see also* Doc. 9-1). Because Mr. Dini has been removed from the United States, the Court no longer can provide meaningful relief. Thus, the Court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the Court will grant the respondents' motion.

The Court will enter a separate final order.

**DONE** and **ORDERED** this May 31, 2017.

*Madeline H. Haikala*

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE